MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| ROBERT ZENATY,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:17-cv-01362-BAM<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 14 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 14 additional days to respond to Plaintiff's opening brief. The current due date is September 18, 2018. The new due date will be October 2, 2018.

This is Defendant's second request for an extension of time in this case. There is good cause for this request. Since the granting of Defendant's first request for an extension of time, Defendant's counsel has been diligently addressing her full workload of district court cases, including other cases previously extended. In addition, new matters that were not previously

anticipated, had arisen and have created some crowding of the briefing schedule around the due date of this case.

       Thus, Defendant is respectfully requesting additional time up to and including October 2, 2018, to fully review the record and research the issues presented by Plaintiff's opening brief in this case.  This request is made in good faith with no intention to unduly delay the proceedings.

                                                            Respectfully submitted,

Date: September 14, 2018            LAW OFFICES OF HARRY J. BINDER AND
                                                  CHARLES E. BINDER, P.C.

                                                  *s/ Shanny J. Lee by C.Chen\**
                                                  (As authorized by email on 9/14/2018)
                                                  SHANNY J. LEE
                                                  Attorneys for Plaintiff

Date: September 14, 2018            MCGREGOR W. SCOTT
                                                  United States Attorney

                                                  By *s/ Carolyn B. Chen*
                                                  CAROLYN B. CHEN
                                                  Special Assistant U. S. Attorney

                                                  Attorneys for Defendant

## **ORDER**

      Pursuant to the parties' stipulation, and for cause shown, IT IS HEREBY ORDERED that Defendant shall have a second extension of time to October 2, 2018, in which to file a response to Plaintiff's opening brief.  All other deadlines set forth in the Court's Scheduling Order shall be extended accordingly.  No further extensions of time shall be granted in the absence of a demonstrated showing of good cause.
IT IS SO ORDERED.

   Dated:   **September 17, 2018**                 /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE